George E. Peterson, Esq., Bar No.: 054310
gpeterson@pb-llp.com
Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pb-llp.com
Diana Ratcliff, Esq., Bar No.: 228302
dratcliff@pb-llp.com
PETERSON • BRADFORD • BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800
818.562-5810 Facsimile

Attorneys for Defendant
LOS ANGELES UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOULANDA O. WILLIAMS<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, a school district; and DOES 1 through 10, Inclusive<br><br>Defendant. | Case No.: CV10-01417 ODW (FFMx)<br>Assigned to the Hon.: Otis O. Wright II<br>Courtroom 11<br><br>[~~PROPOSED~~] JUDGMENT ON COSTS AWARDED<br><br><br>Complaint Filed: June 25, 2010 |

TO THE COURT AND PLAINTIFF, IN PRO SE:

Whereas on November 18, 2010, the Court granted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint as to the first, second, third, fourth, and fifth causes of action, without prejudice, allowing Plaintiff to file an amended complaint;

n:\files\1086-williams (lausd)\pleadings\p-proposed judgment on cost.docx

 Whereas on January 27, 2011, the Court granted Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint without prejudice, allowing Plaintiff to file an amended complaint;

 Whereas on April 25, 2011, the Court granted Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, with prejudice; (See Exhibit "A")

 Whereas Plaintiff Youlanda Williams, timely filed an appeal with respect to the Court's grant of Defendant's Motion to Dismiss Third Amended Complaint;

 Whereas on June 9, 2011, Plaintiff Youlanda Williams filed a Motion for a Stay of Taxation of Cost Pending Appeal;

 Whereas on July 21, 2011, the Court denied Plaintiff's Motion for a Stay of Taxation of Cost Pending Appeal; (See Exhibit "B")

 Whereas this Court granted Defendant, Los Angeles Unified School District $526.74 in costs; (See Exhibit "C")

 Whereas Defendant seeks to collect the amount owed by Plaintiff for purposes of debt collection and have this amount reflected in one judgment;

 It appearing by reason of said rulings of this Court, Defendant Los Angeles Unified School District is entitled to have judgment entered in its favor and have judgment entered against Plaintiff Youlanda Williams, the total award granted by the Court, $526.74.

 NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that said Plaintiff, Youlanda Williams, take nothing from said Defendant, Los Angeles Unified School District and that Defendant, Los Angeles Unified School District is entitled to costs from Plaintiff in the amount of $526.74.

 IT IS SO ORDERED.

 Dated: 8/10/11

 Otis O. Wright II
 United States District Judge

2

[~~PROPOSED~~] JUDGMENT ON COSTS AWARDED
CASE NO.: CV10-01417 ODW (FFMx)

n:\files\1086-williams (lausd)\pleadings\p-proposed judgment on cost.docx